JOHN DALY, Impl'd, etc.

v.

ST. PATRICK CATHOLIC CHURCH, etc.

JURISDICTION OF APPELLATE COURT—FREEHOLD.—Upon a bill filed to compel the conveyance to the complainant of certain lots of land, alleging, amongst other things, that the defendant held such lots in trust for the complainant, and had conveyed certain of them to other parties, who were made defendants, the question of a freehold is involved, and this court has no jurisdiction to consider the case on appeal.

APPEAL from the Circuit Court of Whiteside county; the Hon. JOHN V. EUSTACE, Judge, presiding. Opinion filed June 17, 1880.

Messrs. BENNETT & GREEN, for appellant.

Mr. J. E. MCPHERRAN, for appellee.

PER CURIAM. The appellee filed its bill in the Whiteside Circuit Court against the appellant, John Daly, and various other parties not joining in said appeal, to compel a conveyance of certain lots in the city of Sterling, alleged in the bill to have been purchased by said John Daly with funds furnished the Catholic Society, of which said Daly was the officiating priest. Daly answered the bill, and a hearing was had, when the court decreed that certain of the lots were held in trust by said Daly, and that the other defendants who claimed an interest therein through him, had notice in law of the rights of the appellee therein, and that the defendants below execute a conveyance to the appellee for the same, and in default thereof the master in chancery execute the same. This decree was rendered on the 7th day of August, 1879, and from which this appeal is prosecuted.

A freehold being involved in this case, this court has no jurisdiction of the cause.

The case falls within the opinion of this court, rendered in the cause of Lequatte v. Drury [ante 389] at this term.

The appeal must be dismissed.

Appeal dismissed.